| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:19-CR-49 |
| | § | |
| LAURA FRALEY | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION ON COMPETENCY**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine defendant's competency to proceed. Judge Giblin concluded that the defendant is competent under 18 U.S.C. § 4241.

Both parties filed notices (#21, #22) indicating that they have no objections to the magistrate judge's findings and recommendation. The Court ORDERS that the report and recommendation on defendant's competency to proceed (#20) is ADOPTED. The Court further ORDERS and FINDS that defendant, Laura Fraley, is competent pursuant to Title 18, United States Code, Section 4241. The Court finally **ORDERS** that Speedy Trial time is **EXCLUDED** from March 28, 2019, the date of Judge Giblin's order directing a mental examination (#12), through the date of this order.

**Signed this date**
**Aug 15, 2019**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE